UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-50-BO1

UNITED STATES OF AMERICA          :
                                  :
          V.                      :          O R D E R
                                  :
STYE LAMAR COLEMAN                :


     Upon motion of the United States, it is hereby ORDERED Docket

Entry Number 23 be sealed until such time as requested to be

unsealed by the United States Attorney.

     It is FURTHER ORDERED that the Clerk provide a signed copy of

the Order to the United States Attorney's Office.

     IT IS SO ORDERED, this the _9_ day of February, 2011.



                              _____
                              TERRENCE W. BOYLE
                              United States District Judge