UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-50-BO1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | O R D E R |
| STYE LAMAR COLEMAN | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 29 be sealed until such time as requested to be unsealed by the United States Attorney.

IT IS SO ORDERED, this the 27 day of April, 2011.

TERRENCE W. BOYLE
United States District Judge